Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, State Bar Number 12277
  *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendant
COMMONWEALTH LAND TITLE INSURANCE COMPANY
and FIDELITY NATIONAL TITLE GROUP, INC

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| US BANK NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC. et al.,<br><br>Defendants. | Case No.: 2:20-CV-02084-JCM-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT (ECF No.1)**<br><br>**(FIRST REQUEST)** |

COMES NOW defendants Fidelity National Title Group, Inc. ("FNTG") and Commonwealth Land Title Insurance Company ("Commonwealth") (collectively "Defendants") and plaintiff U.S. Bank National Association ("U.S. Bank"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:



1. On November 12, 2020, U.S. Bank filed its complaint in the Eighth Judicial District Court for the State of Nevada;

2. On November 12, 2020, Commonwealth removed the instant case to the United States District Court for the State of Nevada (ECF No. 1);

3. On December 3, 2020, U.S. Bank served its complaint on Commonwealth and FNTG;

4. Commonwealth and FNTG's respective responses to U.S. Bank's complaint are currently due on December 24, 2020;

5. Counsel for Defendants request a 30-day extension until Saturday, January 23, 2020 for Defendants to file their respective responses to U.S. Bank's complaint to afford Defendants' counsel additional time to review and respond to U.S. Bank's complaint.

6. Counsel for U.S. Bank does not oppose the requested extension;

7. This is the first request for an extension made by counsel for Defendants, which is made in good faith and not for the purposes of delay.

8. This stipulation is entered into without waiving any of Defendants' objections under Fed. R. Civ. P. 12.

//
//
//
//
//
//
//
//
//
//
//
//



**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**

**IT IS SO STIPULATED** that Defendants' respective deadlines to respond to the complaint is hereby extended through and including January 22, 2021.

Dated: December 16, 2020          SINCLAIR BRAUN LLP

By: _/s/-Kevin S. Sinclair_
  KEVIN S. SINCLAIR
  Attorneys for Defendants
  COMMONWEALTH LAND TITLE
  INSURANCE COMPANY and FIDELITY
  NATIONAL TITLE GROUP, INC.

Dated: December 16, 2020          WRIGHT FINLAY & ZAK, LLP

By: _/s/-Darren T. Brenner_
  DARRENT T. BRENNER
  Attorneys for Plaintiff
  U.S. BANK NATIONAL ASSOCIATION

**IT IS SO ORDERED.**

Dated this 16th day of December, 2020.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

