WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
dbrenner@wrightlegal.net
lrobbins@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank Trustee National Association, as Trustee for Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-7*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK TRUSTEE NATIONAL ASSOCIATION, AS TRUSTEE, FOR STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-7,<br><br>Plaintiff,<br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; COMMONWEALTH LAND TITLE INSURANCE COMPANY; EQUITY TITLE, LLC dba EQUITY TITLE OF NEVADA; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-02084-JCM-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO MOTIONS TO DISMISS [ECF Nos. 19 & 20]**<br><br>**[First Request]** |

  Plaintiff U.S. Bank National Association, as Trustee for Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-7 ("U.S. Bank"), Specially-Appearing Defendant Fidelity National Title Group ("Fidelity") and Defendant Commonwealth Land Title Insurance Company ("Commonwealth") (collectively, "Defendants"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On November 12, 2020, U.S. Bank filed its Complaint in Eighth Judicial District Court, Case No. A-20-824686-C [ECF No. 1-1];
2. On November 12, 2020, Commonwealth filed its Petition for Removal to this Court [ECF No. 1];
3. On January 19, 2021, Commonwealth filed a Motion to Dismiss [ECF No. 19];
4. On January 19, 2021, Fidelity also filed a Motion to Dismiss [ECF No. 20];
5. U.S. Bank's deadline to respond to both Motions to Dismiss is currently February 2, 2021;
6. U.S. Bank's counsel is requesting an extension until March 2, 2021, to file its response to the pending Motions to Dismiss;
7. This extension is requested to allow U.S. Bank additional time to finalize and file its response to the pending Motions to Dismiss as lead handling counsel for U.S. Bank continues to recover from an unexpected medical emergency.
8. Counsel for Defendants do not oppose the requested extension;

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

9. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

| DATED this 2nd day of February, 2021. | DATED this 2nd day of February, 2021. |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | SINCLAIR BRAUN LLP |
| */s/ Lindsay D. Robbins, Esq.* <br> Darren T. Brenner, Esq. <br> Nevada Bar No. 8386 <br> Lindsay D. Robbins, Esq. <br> Nevada Bar No. 13474 <br> 7785 W. Sahara Ave., Suite 200 <br> Las Vegas, NV 89117 <br> *Attorneys for Plaintiff, U.S. Bank Trustee National Association, as Trustee for Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-7* | */s/ Kevin S. Sinclair, Esq.* <br> Kevin S. Sinclair, Esq. <br> Nevada Bar No. 12277 <br> 16501 Ventura Boulevard, Suite 400 <br> Encino, California 91436 <br> *Attorney for Defendants, Fidelity National Title Group, Inc. and Commonwealth Land Title Insurance Company* |

**IT IS SO ORDERED.**

Dated February 3, 2021.

_____
UNITED STATES DISTRICT JUDGE