```
 1  WRIGHT, FINLAY & ZAK, LLP
    Darren T. Brenner, Esq.
 2  Nevada Bar No. 8386
    Lindsay D. Robbins, Esq.
 3  Nevada Bar No. 13474
 4  7785 W. Sahara Ave., Suite 200
    Las Vegas, NV 89117
 5  (702) 475-7964; Fax: (702) 946-1345
 6  lrobbins@wrightlegal.net
```
*Attorneys for Plaintiff, U.S. Bank Trustee National Association, as Trustee for Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-7*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK TRUSTEE NATIONAL ASSOCIATION, AS TRUSTEE, FOR STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-7,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; COMMONWEALTH LAND TITLE COMPANY; EQUITY TITLE, LLC dba EQUITY TITLE OF NEVADA; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-02084-JCM-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO EQUITY TITLE'S JOINDER TO MOTIONS TO DISMISS AND CONCURRENT MOTION TO DISMISS [ECF Nos. 27 and 30]**<br><br>[First Request] |

Plaintiff U.S. Bank National Association, as Trustee FOR Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-7 ("U.S. Bank Trustee") and Defendant Equity Title, LLC dba Equity Title of Nevada ("Equity Title"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On November 12, 2020, U.S. Bank Trustee filed its Complaint in Eighth Judicial District Court, Case No. A-20-824686-C [ECF No. 1-1];

2. On November 12, 2020, Defendant Commonwealth Land Title Insurance Company ("Commonwealth") filed its Petition for Removal to this Court [ECF No. 1];

3. On January 19, 2021, Commonwealth filed a Motion to Dismiss [ECF No. 19];
4. On January 19, 2021, Defendant Fidelity National Title Group, Inc. ("Fidelity") also filed a Motion to Dismiss [ECF No. 20];
5. On February 9, 2021, Equity Title filed a Motion to Dismiss [ECF No. 27];
6. On February 10, 2021, Equity Title filed a Joinder to Commonwealth and Fidelity's Motions to Dismiss [ECF No. 30];
7. U.S. Bank Trustee's deadline to respond to Equity Title's Joinder and Motion is currently February 23, 2021;
8. U.S. Bank Trustee's counsel is requesting an extension until March 26, 2021, to file its response to the pending Joinder and Motion;
9. This extension is requested to allow U.S. Bank Trustee additional time to finalize and file its response to the pending Joinder and Motion as lead handling counsel for U.S. Bank Trustee continues to recover from an unexpected medical emergency.
10. Counsel for Equity Title does not oppose the requested extension;

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

11. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 22nd day of February, 2021. | DATED this 22nd day of February, 2021. |
| WRIGHT, FINLAY & ZAK, LLP | HOLLEY DRIGGS |
| */s/ Lindsay D. Robbins* <br> Lindsay D. Robbins, Esq. <br> Nevada Bar No. 13474 <br> 7785 W. Sahara Ave., Suite 200 <br> Las Vegas, NV 89117 <br> *Attorneys for Plaintiff, U.S. Bank Trustee National Association, as Trustee for Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-7* | */s/ Marilyn Fine* <br> Marilyn Fine, Esq. <br> Nevada Bar No. 5949 <br> 400 S. Fourth Street, Third Floor <br> Las Vegas, NV 89101 <br> *Attorney for Defendant, Equity Title, LLC dba Equity Title of Nevada* |

**IT IS SO ORDERED.**

Dated February 26, 2021.

_____
UNITED STATES DISTRICT COURT JUDGE