UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION,<br><br>Plaintiff(s),<br><br>v.<br><br>FIDELITY NATIONAL TITLE INSURANCE GROUP, INC., et al.,<br><br>Defendant(s). | Case No. 2:20-CV-2084 JCM (EJY)<br><br>ORDER |

Presently before the court is plaintiff's motion to stay briefing on defendants' motions to dismiss pending the resolution of plaintiff's motion to remand. (ECF No. 36). Defendants have filed their non-opposition to the stay. (ECF No. 37).

In light of defendants' consent through non-opposition, this court grants plaintiff's motion. *See* LR IB 7-2(d). This court agrees that a stay pending this court's resolution of the remaining motion to remand will best conserve all parties' resources and promote the just and speedy disposition of this action. (ECF No. 36).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's motion to stay briefing on defendants' motions to dismiss pending the resolution of U.S. Bank's motion to remand, (ECF No. 36), be, and the same hereby is, GRANTED.

DATED March 8, 2021.

							/s/ James C. Mahan
							UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**